

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20755-CIV-JORDAN

| | |
|---|---|
| NOVA CASUALTY COMPANY,          ) | |
| Plaintiff                                    ) | **CLOSED** |
| vs.                                              ) | **CIVIL** |
| RICHARD WASERSTEIN, et. al.  ) | **CASE** |
| Defendants                               ) | |

### FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is entered in favor of Nova Casualty Company and against Richard Waserstein and 1108 Concourse, L.C.. The defendants shall take nothing by this cause. Appropriate costs, if any, will be taxed by separate motion and order.

Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 11th day of October, 2006.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record