UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-20755-CIV-JORDAN

FILED by ___
OCT 11 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

| | |
|---|---|
| NOVA CASUALTY COMPANY, | ) |
| Plaintiffs | ) |
| vs. | ) |
| RICHARD WASERSTEIN, et. al. | ) |
| Defendants | ) |

## ORDER TO THE CLERK

The clerk is ordered to file the attached exhibits in the public record, which were presented as evidence at the bench trial in the above-styled case on October 3-4, 2006.

DONE and ORDERED in chambers in Miami, Florida, this 11th day of October, 2006.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 04-20755-CN

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☒ OTHER = Exhibits